## AMMONS v. WYSONG & MILES CO.

No. 312P93

Case below: 110 N.C.App. 739

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## BALDWIN v. GTE SOUTH, INC.

No. 220A93

Case below: 110 N.C.App. 54

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 27 August 1993.

## BELL v. ALLEGAN

No. 328P93

Case below: 110 N.C.App. 869

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.

## BOWERS v. CITY OF HIGH POINT

No. 316PA93

Case below: 110 N.C.App. 862

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 September 1993.

## DURHAM HERALD CO. v. LOW LEVEL RADIOACTIVE WASTE MGMT. AUTH.

No. 294P93

Case below: 110 N.C.App. 607

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 9 September 1993.